BWW#: VA-339512

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| IN RE:<br>RICHARD A. PAULUS<br>BETTY L. PAULUS<br>    Debtors<br>_____<br>WELLS FARGO BANK, N.A.<br>    Movant<br>v.<br>RICHARD A. PAULUS<br>BETTY L. PAULUS<br>    Debtors/Respondents<br>and<br>DAVID R. RUBY<br>    Trustee/Respondent | Case No. 19-50197-SCS<br><br>Chapter 7 |

_____

### ORDER TERMINATING THE AUTOMATIC STAY

This matter comes before the Court on the Motion for Relief from Automatic Stay, filed on May 28, 2019 (the "Motion") on behalf of Wells Fargo Bank, N.A. (the "Movant"), by counsel.

WHEREAS, Richard A. Paulus and Betty L. Paulus (the "Debtors") were discharged on May 29, 2019; and

WHEREAS, David R. Ruby, the trustee for the Debtor's estate, filed a Report of No Distribution on March 26, 2019, and has not filed any objection to the relief requested in the Motion,

NOW THEREFORE, IT IS HEREBY ORDERED that the automatic stay in this case shall be and the same is TERMINATED, pursuant to 11 U.S.C. § 362(d), to permit the Movant to take such action as may be necessary to enforce the lien of its Deed of Trust encumbering the real property known as 12 Westley Court, Hampton, VA 23669 (the "Property"), including the initiation of foreclosure proceedings and commencement of any action to obtain possession of the Property as permitted by applicable state law. The Property is more particularly described as follows:

```
A PARCEL OF LAND LOCATED IN THE CITY OF HAMPTON, COUNTY OF
HAMPTON CITY, STATE OF VIRGINIA, SECTION2, AND KNOWN AS:
BEING LOT NUMBER 51 BLOCK A IN BELLVIEW TERRACE AS SHOWN IN
THE RECORDED PLAT/MAP THEREOF IN BOOK 3 PAGE 191 OF HAMPTON
CITY COUNTY RECORDS.
```

IT IS ORDERED.

_____
Karl Anthony Moses, Jr., VSB# 89433
8100 Three Chopt Road, Suite 240
Richmond VA, 23229
(804) 282-0463 (phone)
*Attorney for the Movant*

Date: Jun 4 2019

/s/ Stephen C. St.John

Judge, U.S. Bankruptcy Court
for the Eastern District of Virginia
Newport News Division
Entered on Docket: Jun 4, 2019

**I ASK FOR THIS:**

/s/ Karl Anthony Moses, Jr.
Karl Anthony Moses, Jr., VSB# 89433
BWW Law Group, LLC
8100 Three Chopt Road, Suite 240
Richmond VA, 23229
(804) 282-0463 (Phone)
(804) 282-0541 (Facsimile)
*Attorney For Movant*

**SEEN AND AGREED:**

/s/ Stephanie A. Montgomery
Stephanie A. Montgomery, Esq.
5520 Foundation Street
Williamsburg, VA 23188
*Counsel for the Debtors*

### CERTIFICATION

I HEREBY CERTIFY that the foregoing proposed Order Terminating the Automatic Stay has been endorsed by or on behalf of all necessary parties set forth below.

/s/ Karl Anthony Moses, Jr.
Karl Anthony Moses, Jr.
Attorney
BWW Law Group, LLC

cc:

David R. Ruby, Trustee
100 Shockoe Slip, Third Floor
Richmond, VA 23219

Stephanie A. Montgomery, Esq.
5520 Foundation Street
Williamsburg, VA 23188

Betty L. Paulus
108 Whistle Walk
Williamsburg, VA 23188


Richard A. Paulus
108 Whistle Walk
Williamsburg, VA 23188